IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE BAYLIS | : | CIVIL ACTION |
| v. | : | |
| SCANTEK, INC. | : | NO. 24-828 |

ORDER

AND NOW, this 17th day of September 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Scantek, Inc. to dismiss the complaint for failure to state a claim (Doc. # 13) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.